Argued and submitted March 29, reversed and remanded for reconsideration in part; otherwise affirmed October 6, reconsideration denied December 15, 1993, petition for review pending 1994

In the Matter of the Compensation of
Pamela J. Panek, Claimant.

Pamela J. PANEK,
*Petitioner,*

*v.*

OREGON HEALTH SCIENCES UNIVERSITY
and SAIF Corporation,
*Respondents.*

(WCB 91-01729; CA A75325)

861 P2d 363

Kevin Keaney, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Steve Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration of compensability of proposed medical treatment; otherwise affirmed. *Jefferson v. Sam's Cafe*, 123 Or App 464, 861 P2d 359 (1993).